**CSD 1172** [10/17/05]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

§341(a) Mtg. Date:
§341(a) Mtg. Time:

Debtor.

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE DEBTOR, THE DEBTOR'S ATTORNEY AND THE CHAPTER 13 TRUSTEE:

☐ Thomas H. Billingslea, Jr., Chapter 13 Trustee    ☐ David L. Skelton, Chapter 13 Trustee,

☐ _____
(Insert Name and Complete Mailing Address of Objecting Party)

_____,
a creditor in this case,
hereby objects to the Confirmation of the Chapter 13 Plan. The basis for the objection is stated below.
(NOTE TO OBJECTING PARTY: YOUR STATEMENT OF OBJECTION MUST BE AS SPECIFIC AS POSSIBLE. CHECK ONLY THOSE SECTIONS WHICH ARE APPLICABLE TO YOUR OBJECTION AND PROVIDE AN EXPLANATION OF YOUR OBJECTION WHERE REQUESTED):

1. ☐   The Plan discriminates unfairly against the class(es) of unsecured claims because



. [§1322(b)(1)]

2. ☐   The Plan modifies the rights of a creditor whose claim is secured only by a security interest in real property that is the debtor's principal residence by providing that



. [§1322(b)(2)]

3. ☐   The Plan fails to provide for the curing of a default and maintenance payments on a secured or unsecured claim on which final payment is due after the proposed final payment under the Plan. [§1322(b)(5)]

4. ☐   The Chapter 13 Plan is not proposed in good faith because



. [§1325(a)(3)]

**THIS OBJECTION TO CHAPTER 13 PLAN MUST BE ACCOMPANIED BY A NOTICE OF HEARING
PURSUANT TO LOCAL BANKRUPTCY RULE 3015-5**

CSD 1172                                                                                                                         [Continued on Page 2]

5. ☐ The debtor is distributing less to the allowed unsecured creditors than they would receive under a Chapter 7 liquidation. [§1325(a)(4)]

6. ☐ Objecting creditor has an allowed secured claim and objects because
   ☐ I have not accepted the Plan.  [§1325(a)(5)(A)], OR
   ☐ the Plan fails to provide for a retention of lien securing my claim and the value of the property to be distributed to me is less than the allowed amount of my claim.  [§1325(a)(5)(B)]
   Amount of Claim            $_____
   Value of Property           $_____, OR
   ☐ the debtor has failed to surrender to me the property securing my claim.  [§1325(a)(5)(C)]

7. ☐ The debtor has no ability to make the payments proposed by the Plan because

   . [§1325(a)(6)]

8. ☐ The debtor has failed to apply all projected disposable income to Plan payments for a period of not less than three years. [§1325(b)(1)(B)]

9. ☐ The debtor has failed to begin making payments prescribed in the Plan within thirty (30) days of the filing of the Plan. [§1326(a)(1)]

10. ☐ Other [cite applicable Code section or case authority]:

I have unsuccessfully attempted to resolve our objections at the §341 Meeting.

I hereby certify under penalty of perjury that I have this date mailed a true copy of this Objection to Plan to the attorney for the debtor (or the debtor) and to the assigned Chapter 13 trustee as indicated below at the following addresses:

Attorney for Debtor (or Debtor):

Chapter 13 Trustee (select one):
☐ For ODD numbered Chpt. 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

☐ For EVEN numbered Chpt. 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

DATED:

_____
(Signature of (Attorney for) Moving Party)

_____
(Please Type or Print Name)

_____
(Address)

_____
(City, State, ZIP)

(___)_____
(Daytime Phone Number)

CSD 1172