| United States Bankruptcy Court Southern District of California | Proof of Claim |
|---|---|

In re (Name of Debtor): **Michael Stevenson**

Case Number: **09-06604-LST**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)
Filed on: _____

Name of Creditor (The person or other entity to whom the debtor owes money or property):
BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2007, GSAMP TRUST 2007-NC1, ITS SUCCESSORS AND/OR ASSIGNS

Name and Address Where Notices Should be Sent:
Litton Loan Servicing, L.P.
Bankruptcy Department
4828 Loop Central Drive
Houston, TX 77081

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Name and Address Where Payment Should be Sent (If different from above):
Litton Loan Servicing, L.P.
Bankruptcy Department
P.O. Box 4387
Houston, TX 77210-4387

5. **Amount of claim Entitled to Priority under 11 U.S.C §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
Specify the priority of the claim.

1. Amount of Claim at Time Case Filed: $ **$640,288.28***

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.
* This is an estimated figure and is not to be relied upon as a payoff statement.

2. Basis for Claim: __Money loaned (Real Estate Mortgage)__

3. Last four digits of any number by which creditor identifies debtor: XXXXX6427
   3a. Debtor may have scheduled account as: _____

4. **Secured Claim**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: _____ Annual Interest Rate **8.5%**

Amount of arrearage and other charges as of time case case filed included in secured claim.
if any $ **82,245.75** Basis for perfection: **Recorded Deed of Trust**

Amount of Secured Claim: $**640,288.28*** Amount Unsecured: $_____

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units—11 U.S.C. § 507(a)(8).

☐ Other—Specify applicable paragraph of -11 U.S.C. § 507(a)_____.

Amount entitled to priority:
$_____

6. CREDITS: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. DOCUMENTS: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 6/12/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
/s/
Alice A. Blanco/Karrollanne K. Cayce/John D. Schlotter/Michael J. McCormick/A. Michelle Hart/Matthew Dyer/Richard H. Siegel/Whitney Groff/Maria Tsagaris/Melissa Sawyers/ Michelle G. Smith Agent for Litton Loan Servicing Its Successors and/or assigns, 1544 Old Alabama Road, Roswell, Georgia 30076, Telephone: 770-643-7200

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571      FISLT-09-03387-2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

IN RE: )
) CASE NO. 09-06604-LST
Michael Stevenson ) CHAPTER 13
) JUDGE Laura S. Taylor
)

## EXHIBIT A

### ITEMIZATION OF CLAIM

Total Arrearage as of 5/14/2009

- Regular Monthly Installments of $ 3,769.29(Principal & Interest)
  October 2007 through January 2009                                   $ 60,308.64
- Regular Monthly Installments of $ 4,033.92(Principal & Interest)
  February 2009 through May 2009                                       16,135.68
- Late Charges                                                          1,028.25
- Pre Petition Escrow Advance                                          12,072.39
- Pre Petition Bankruptcy Costs                                           150.00
- Pre Petition Bankruptcy Fees                                            550.00
- Pre Petition Foreclosure Fees                                           600.00
- Pre Petition Foreclosure Costs                                        1,381.29
- Inspection Fees                                                          19.50

                                         TOTAL ARREARAGES             $ 92,245.75

The current monthly payment amount is $ 4,033.92.
The Interest Rate is: 8.5%

Please forward all payments to Litton Loan Servicing, Bankruptcy Department, P.O. Box 4387, Houston, TX 77210-4387

Please forward all correspondence and court pleadings to McCALLA RAYMER, LLC, National Bankruptcy Department, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, 770-643-7200. File No. FISLT-09-03387-2, Property Address: 2336 Sumac, San Diego, CA 92105.