CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.
DAVID L. SKELTON   Bar No. 96250
Chapter 13 Trustee
525 B Street, Suite 1430
San Diego, CA  92101
(619)338-4007 Fax (619)239-5242

**UNITED STATES BANKRUPTCY COURT**

Order Entered on
September 21, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

MICHAEL STEVENSON

Debtor.

BANKRUPTCY NO.  09-06604-T13

Date of Hearing: N/A
Time of Hearing:
Name of Judge:

# UNOPPOSED ORDER ON
# CHAPTER 13 TRUSTEE'S MOTION FOR A FINDING THAT DEBTOR(S)
# ARE NOT ENTITLED TO A DISCHARGE § 1328 (f)

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __20__

//
//
//
//
//
//

DATED:  September 18, 2009

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

David L. Skelton
Chapter 13 Trustee

By:  /s/ David L. Skelton
     Attorney for  [X] Movant  [ ] Respondent

CSD 1001A

```
CSD 1001A [11/15/04](Page 2)
ORDER ON TRUSTEE'S MOTION FOR FINDING THAT DEBTOR(S)ARE NOT ENTITLED TO DISCHARGE §1328(f)
DEBTOR:  MICHAEL STEVENSON                                          CASE NO: 09-06604-T13
```

Upon consideration of the Motion made by the Chapter 13 Trustee, Notice of which was served on **August 11, 2009**, and no opposition having been filed within the time limits prescribed, and good cause appearing;

THE COURT HEREBY FINDS that the Debtor in this case is not entitled to a Discharge pursuant to §1328 (f),

CSD 1001A

*Signed by Judge Laura Stuart Taylor September 18,2009*