## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|   |   |
|---|---|
| **Debtor:** | MICHAEL STEVENSON |
| **Case Number:** | 09-06604-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 16, 2009 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | CONNIE MIHOS |

### Matters:

1) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY TRUSTEE (fr 10/21/09)

2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY LITTON LOAN SERVICING (fr 10/21/09)

### Appearances:

DAVID L. SKELTON, CHAPTER 13 TRUSTEE
JOSEPH J. REGO, ATTORNEY FOR MICHAEL STEVENSON

### Disposition:

Case dismissed and confirmation denied, restraining orders vacated.  Chapter 13 trustee to prepare formal order.