NDT
Rev. 02/09

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Michael Stevenson**
 2336 Sumac Drive
San Diego, CA 92105
xxx–xx–6712
*Debtor Aliases: No Known Aliases*

Case number:  09−06604−LT13
Chapter: 13
Judge Laura S. Taylor

**Notice of Entry of Order Dismissing Case and Vacating All Automatic Stays and Injunctions**

To the Creditors of the above−named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 13 case for the above−named **Debtor Only (Michael Stevenson)** has been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 12/22/09

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court

**********
**FILED**
12/22/09
**********